IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO BARRIENTOS-GOMEZ, | No. 2:22-CV-1816-DMC-P |
| Petitioner, | |
| v. | ORDER |
| DAVID BREWER, | |
| Respondent. | |

      Petitioner, a federal prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pending before the Court is Petitioner's motion, ECF No. 6, for immediate release. Petitioner's motion is denied as duplicative of the relief requested in the petition and as premature because the merits of the petition have not yet been adjudged.

      IT IS SO ORDERED.

Dated: December 20, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1