1   PHILLIP A. TALBERT
    United States Attorney
2   MICHELLE RODRIGUEZ
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2700

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  HUGO BARRIENTOS-GOMEZ,              CASE NO. 2:22-CV-01816-DMC (HC)

12                  Petitioner,         ORDER GRANTING MOTION
                                        FOR EXTENSION OF TIME
13  v.

14  WARDEN, FCI-HERLONG,

15                  Respondent.

16

17

18

19      Pending before the Court is Respondent's motion, ECF No. 13, for an extension of time to file a

20  response to Petitioner's petition.  Good cause appearing therefor based on counsel's declaration

21  indicating the need for additional time to obtain and review necessary documents related to Petitioner's

22  case, Respondent's motion is granted.  Respondent shall file a response on or before March 16, 2023.

23      IT IS SO ORDERED.

24      Dated:  February 27, 2023

25                                      _____
                                        DENNIS M. COTA
26                                      UNITED STATES MAGISTRATE JUDGE

27

28

                                        1